IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ANTOINE BRUNO LESCURE, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:23-CV-1567-RP |
| UR M JADDOU, *in her official capacity as Director, United States Citizenship and Immigration Services*, et al.., | § § § § | |
| Defendants. | § § | |

# ORDER

On March 26, 2024, Plaintiff dismissed all claims in this case without prejudice. (Dkt. 6). Rule 41(a)(1)(A)(i) allows a plaintiff to voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has not served an answer or motion for summary judgment. Plaintiff's notice is therefore "self-effectuating and terminates the case in and of itself; no order or other action of the district court is required." *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015), *as revised* (May 15, 2015).

As nothing remains to resolve, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on July 25, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE